**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7377**

———————

CHARLES RAY LONG,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-99-73)

———————

Submitted:  February 29, 2000          Decided:  March 14, 2000

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Ray Long, Appellant Pro Se. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Ray Long seeks to appeal the magistrate judge's order[*] denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Long v. Angelone, No. CA-99-73 (E.D. Va. Aug. 4, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2